## Ryan Estate.

230

Argued May 26, 1961.   Before JONES, C. J., BELL, JONES, COHEN, BOK and EAGEN, JJ.

*Barry H. Hepburn,* for appellant.

*Francis Shunk Brown, 3rd,* for appellee.

OPINION PER CURIAM, June 26, 1961:
The decree appealed from is affirmed on the opinion of Judge SAYLOR for the court en banc.